IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                  Case No. 17-00017-02-CR-W-COP

KIMBERLY ANN PIERSON

AUSA: Alison Dunning
Defense Atty.: Robert Kuchar

| JUDGE: | **John T. Maughmer** **U.S. Magistrate Judge** | DATE/TIME: | July 12, 2018 1:00pm – 1:30pm |
|---|---|---|---|
| DEPUTY CLERK: | Kerry Martinez | FTR/REPORTER: | K. Martinez |
| INTERPRETER: | None | PRETRIAL/PROB.: | Present |

## CLERK'S MINUTES

## CHANGE OF PLEA

Defendant appears to change his plea from not guilty to guilty the lesser included offense as listed in Count(s) One of the Indictment.

( x )     Count(s) One of the Indictment read
( x )     Defendant sworn
( x )     Defendant questioned by the Court regarding physical and mental condition
( x )     Defendant advised of rights, waiver of rights by a guilty plea and maximum penalty
( x )     Plea agreement spread on the record
( x )     The Court will recommend that the plea be accepted and is made freely and voluntarily
( x )     Factual basis presented
( x )     Court orders a Presentence Investigation Report

OTHER REMARKS: The time between July 12, 2018 and the time when the Honorable Beth Phillips enters an Order accepting, or rejecting, the plea is excluded per Title 18, U.S.C., Section(s) 3161(h)(1)(I).